**Exhibit A**

Budget

**ProNerve**
**Weekly CF ($ in 000s) through Close**

| | 2/27/15 | 3/6/15 | 3/13/15 | 3/20/15 | 3/27/15 | 4/3/15 | 2/20 to 4/3 |
|---|---|---|---|---|---|---|---|
| **Beg. Cash** | $756 | $838 | $1,171 | $724 | $905 | $603 | $756 |
| **Total Receipts** | $600 | $600 | $600 | $600 | $600 | $600 | $3,600 |
| **Cash Outflows** | | | | | | | |
| Payroll & Benefits | $ (400) | $ (45) | $ (400) | $ (45) | $ (400) | $ (45) | $ (1,335) |
| Tech Variable Bonus | (75) | - | - | - | (75) | - | (150) |
| Health Insurance | (90) | - | (90) | - | - | - | (180) |
| MD Variable Comp | (20) | - | - | - | (20) | - | (40) |
| Contract Labor | (5) | (5) | (5) | (5) | (5) | (5) | (30) |
| Expense Reports | (20) | (15) | (15) | (15) | (15) | (15) | (95) |
| Other Opex | (85) | (35) | (35) | (35) | (35) | (35) | (260) |
| Medical Supplies | (25) | (25) | (25) | (25) | (25) | (25) | (150) |
| Credentialing | (7) | (7) | (7) | (7) | (7) | (7) | (42) |
| Total Direct | $ (727) | $ (132) | $ (577) | $ (132) | $ (582) | $ (132) | $ (2,282) |
| Payroll & Benefits | $ (260) | $ (15) | $ (260) | $ (15) | $ (260) | $ (40) | (850) |
| Health Insurance | (70) | - | (70) | - | - | - | (140) |
| Contract Labor | (8) | (8) | (8) | (8) | (8) | (8) | (45) |
| Legal, Accounting & Banking | (10) | (10) | (10) | (10) | (10) | (10) | (60) |
| Expense Reports | (10) | (10) | (10) | (10) | (10) | (10) | (60) |
| Other Opex | (83) | (13) | (13) | (13) | (13) | (13) | (148) |
| Rent | (23) | (21) | - | - | - | (21) | (65) |
| Credentialing | (2) | (2) | (2) | (2) | (2) | (2) | (12) |
| Insurance | (90) | (35) | - | - | - | (35) | (160) |
| Marketing & Advertising | (3) | - | (3) | (3) | (3) | (3) | (18) |
| Taxes | (13) | (2) | (2) | (2) | (2) | (2) | (23) |
| Total Indirect | (571) | (119) | (378) | (63) | (308) | (144) | (1,581) |
| Adreima / Other* | (20) | (17) | (92) | (224) | (13) | (382) | (748) |
| **Total Outflows from Ops** | **($1,318)** | **($267)** | **($1,047)** | **($419)** | **($903)** | **($657)** | **($4,610)** |
| **Operational Burn** | **($718)** | **$333** | **($447)** | **$181** | **($303)** | **($57)** | **($1,010)** |
| **Total Other Outflows** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **DIP (through Close)** | **$800** | **$0** | **$0** | **$0** | **$0** | **$1,700** | **$2,500** |
| **Change in Cash** | **$82** | **$333** | **($447)** | **$181** | **($303)** | **$1,643** | **$1,490** |
| **Ending Cash** | **$838** | **$1,171** | **$724** | **$905** | **$603** | **$2,246** | **$2,246** |

*Reflects Medicare/Medicaid payment at Close.