IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ProNerve Holdings, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10373 (KJC)<br>Jointly Administered |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a)(1) of title 11 of the United States Code, I hereby appoint the following persons/entities to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Cardinal Peak LLC**, Attn: Mike Perkins, Co-CEO, 1380 Forest Park Circle #202, Lafayette, CO 80026, Phone: 303-665-3962; Fax: 419-781-0348.

2. **Northwest Neurodiagnostics, Inc.**, Attn: Shawn Anderson, 26603 SE 16th Ct., Sammamish, WA 98075, Phone: 206-719-5120; Fax: 425-557-8642.

3. **NeuroDiagnostic Solutions, Inc.**, Attn: Richard Flores, 10940 South Parker Road, Suite 503, Parker, CO 80016, Phone: 303-956-9035.

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ Tiiara N. A. Patton, for
T. PATRICK TINKER
ASSISTANT U.S. TRUSTEE

Dated: March 6, 2015

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: ProNerve Holdings, LLC (1653); ProNerve, LLC (2155); Boulder Intraoperative Monitoring, LLC (9147); Colorado Intraoperative Monitoring, LLC (5837); Denver South Intraoperative Monitoring, LLC (3164); Eugene Intraoperative Monitoring, LLC (0718); ProNerve Technologies, LLC (1814); Riverside Intraoperative Monitoring, LLC (6963); and Topeka Intraoperative Monitoring, LLC (6151). The location of the Debtors' corporate headquarters and the service address for all Debtors is 7600 E. Orchard Road, Suite 200 N, Greenwood Village, Colorado 80111.