IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRONERVE HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 15-10373 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF CANCELLATION OF HEARING SCHEDULED**
**FOR JULY 29, 2015 AT 11:00 A.M.**

PLEASE TAKE NOTICE that at the direction of the Court, the hearing in the above-captioned cases previously scheduled for July 29, 2015 at 11:00 a.m. (ET) has been **cancelled**.

Dated: June 24, 2015
    Wilmington, Delaware

/s/ John H. Schanne II
PEPPER HAMILTON LLP
Donald J. Detweiler (DE No. 3087)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone:   (302) 777-6500
Facsimile:   (302) 421-8390
E-mail:   detweilerd@pepperlaw.com
              schannej@pepperlaw.com

*Co-Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: ProNerve Holdings, LLC (1653); ProNerve, LLC (2155); Boulder Intraoperative Monitoring, LLC (9147); Colorado Intraoperative Monitoring, LLC (5837); Denver South Intraoperative Monitoring, LLC (3164); Eugene Intraoperative Monitoring, LLC (0718); ProNerve Technologies, LLC (1814); Riverside Intraoperative Monitoring, LLC (6963); and Topeka Intraoperative Monitoring, LLC (6151). The location of the Debtors' corporate headquarters and the service address for all Debtors is 7600 E. Orchard Road, Suite 200 N, Greenwood Village, Colorado 80111.

#34488130 v1