IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
In re:                                   :   Chapter 11
                                         :
PRONERVE HOLDINGS, LLC, et al.¹,         :   Case No. 15-10373 (KJC)
                                         :
         Debtors.                        :   Jointly Administered
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### AFFIDAVIT OF SERVICE

```
STATE OF ILLINOIS       )
                        ) ss
COUNTY OF COOK          )
```

I, Ryan Nadick, being duly sworn, depose and state:

1. I am an Assistant Director with Garden City Group, LLC, the claims, noticing and administrative agent for the Debtors (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1925, Chicago, Illinois 60603.

2. On June 24, 2015, at the direction of McDermott Will & Emery LLP, counsel to the Debtors, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties where e-mail was available), and by first class mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties):

- **Notice of Cancellation of Hearing Scheduled for July 29, 2015 at 11:00 a.m.** [Docket No. 267]; and

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: ProNerve Holdings, LLC (1653); ProNerve, LLC (2155); Boulder Intraoperative Monitoring, LLC (9147); Colorado Intraoperative Monitoring, LLC (5837); Denver South Intraoperative Monitoring, LLC (3164); Eugene Intraoperative Monitoring, LLC (0718); ProNerve Technologies, LLC (1814); Riverside Intraoperative Monitoring, LLC (6963); and Topeka Intraoperative Monitoring, LLC (6151). The location of the Debtors' corporate headquarters and the service address for all Debtors is 7600 E. Orchard Road, Suite 200 N, Greenwood Village, Colorado 80111.

- Notice of Hearing on and Debtors' Motion for the Entry of an Order (A) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only on Limited Notice (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan of Liquidation, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 268].

Ryan Nadick

Sworn to before me this 25th day of June, 2015

Jeffrey C. Demma
Notary Public, State of Illinois
No. 664611
Qualified in Will County
Commission Expires: December 1, 2018

JEFFREY C. DEMMA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 01, 2018

# EXHIBIT A

| | |
|---|---|
| BLANK ROME LLP<br>ATTN JOSEF W MINTZ<br>1201 MARKET STREET, SUITE 800<br>WILMINGTON, DE 19801<br>email: mintz@blankrome.com | BLANK ROME LLP<br>ATTN MICHAEL B. SCHAEDLE<br>ONE LOGAN SQUARE<br>130 N. 18TH STREET<br>PHILADELPHIA, PA 19103<br>email: schaedle@blankrome.com |
| BLANK ROME LLP<br>ATTN STANLEY B TARR<br>1201 MARKET STREET, SUITE 800<br>WILMINGTON, DE 19801<br>email: tarr@blankrome.com | BLANK ROME LLP<br>THOMAS E. BIRON<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>PHILADELPHIA, PA 19103<br>email: Biron@BlankRome.com |
| BRYAN CAVE LLP<br>ATTN BRADLEY J PURCELL<br>2200 ROSS AVENUE, SUITE 3300<br>DALLAS, TX 75201-2784<br>email: Bradley.purcell@bryancave.com | BRYAN CAVE LLP<br>ATTN KEITH MILES AURZADA<br>JP MORGAN CHASE TOWER<br>2200 ROSS AVENUE, STE 3300<br>DALLAS, TX 75201<br>email: keith.aurzada@bryancave.com |
| HOSTING.COM, INC.<br>ATTN STEPHEN M YOOST<br>900 S BROADWAY, STE 400<br>DENVER, CO 80209<br>email: syoost@hosting.com | KERN COUNTY TREASURER & TAX<br>ATTN BANKRUTCY DIVISION<br>C/O LINDA DELGADO<br>P O BOX 579<br>BAKERSFIELD, CA 93302-0579<br>email: BANKRUPTCY@CO.KERN.CA.US |
| MCDERMOTT WILL & EMERY LLP<br>ATTN: DARREN AZMAN<br>340 MADISON AVENUE<br>NEW YORK, NY 10173-1922<br>email: dazman@mwe.com | MCDERMOTT WILL & EMERY LLP<br>ATTN: TIMOTHY W. WALSH<br>340 MADISON AVENUE<br>NEW YORK, NY 10173-1922<br>email: twwalsh@mwe.com |
| MCGRANE LLP<br>ATTN GAVIN MCGRANE<br>4 EMBARCADERO CENTER, STE 1400<br>SAN FRANCISCO, CA 94111<br>email: gavin.mcgrane@mcgranellp.com | MISSOURI DEPARTMENT OF REVENUE<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>ATTN SHERYL L. MOREAU<br>301 W. HIGH STREET, ROOM 670<br>P O BOX 475<br>JEFFERSON CITY, MO 65105-0475<br>email: deecf@dor.mo.gov |
| PEPPER HAMILTON LLP<br>ATTN: DONALD J. DETWEILER<br>HERCULES PLAZA<br>1313 MARKET STREET<br>P.O. BOX 1709<br>WILMINGTON, DE 19899-1709<br>email: detweilerd@pepperlaw.com | PEPPER HAMILTON LLP<br>ATTN: JOHN H. SCHANNE II<br>HERCULES PLAZA<br>1313 MARKET STREET<br>P.O. BOX 1709<br>WILMINGTON, DE 19899-1709<br>email: schannej@pepperlaw.com |

RICHARDS, LAYTON & FINGER, P.A.
ATTN PAUL N. HEATH
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801
email: heath@rlf.com

RICHARDS, LAYTON & FINGER, P.A.
ATTN ZACHARY I. SHAPIRO
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801
email: shapiro@rlf.com

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549
email: chairmanoffice@sec.gov

SHAW FISHMAN GLANTZ & TOWBIN LLC
ATTN ALLEN J GUON
321 N CLARK ST., STE 800
CHICAGO, IL 60654
email: aguon@shawfishman.com

SMITH KATZENSTEIN & JENKINS LLP
ATTN KATHLEEN M MILLER
800 DELAWARE AVE, STE 100
P O BOX 410
WILMINGTON, DE 19899
email: kmiller@skjlaw.com

SPECIALTYCARE IOM SERVICES, LLC
ATTENTION: ERIC SCHONDORF
GENERAL COUNSEL
299 PARK AVENUE, 34TH FLOOR
NEW YORK, NY 10171
email: eschondorf@american-securities.com

STEVENS & LEE, P.C.
ATTN JOSEPH H HUSTON, JR
1105 NORTH MARKET STREET
SUITE 700
WILMINTON, DE 19801
email: jhh@stevenslee.com

STEVENS & LEE, P.C.
ATTN STACEY A SCRIVANI
1105 NORTH MARKET STREET - 7TH FL.
WILMINGTON, DE 19801
email: sasc@stevenslee.com

TN DEPT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207
email: AGBankDelaware@ag.tn.gov

US DEPARTMENT OF JUSTICE
ATTN TONY WEST, ASST. ATTORNEY GENERAL
CIVIL DIVISION
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530
email: askdoj@usdoj.gov

WEIL, GOTSHAL & MANGES LLP
ATTN:  DEBRA DANDENEAU
767 FIFTH AVENUE
NEW YORK, NY 10153
email: debra.dandeneau@weil.com

# EXHIBIT B

ARAPAHOE COUNTY TREASURER
ATTN ROBERT HILL
5334 S. PRINCE STREET
LITTLETON, CO 80166

BLANK ROME LLP
ATTN JOSEF W MINTZ
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN MICHAEL B. SCHAEDLE
ONE LOGAN SQUARE
130 N. 18TH STREET
PHILADELPHIA, PA 19103

BLANK ROME LLP
ATTN STANLEY B TARR
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
THOMAS E. BIRON
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

BRYAN CAVE LLP
ATTN BRADLEY J PURCELL
2200 ROSS AVENUE, SUITE 3300
DALLAS, TX 75201-2784

BRYAN CAVE LLP
ATTN KEITH MILES AURZADA
JP MORGAN CHASE TOWER
2200 ROSS AVENUE, STE 3300
DALLAS, TX 75201

CHATHAM COUNTY TAX COMMISSIONER
ATTN THERESA C HARRELSON
P.O. BOX 8324
SAVANNAH, GA 31412-8324

DELAWARE STATE ATTY GENERAL'S OFFICE
ATTN BEAU BIDEN
820 N. FRENCH STREET
WILMINGTON, DE 19801

DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

HOSTING.COM, INC.
ATTN STEPHEN M YOOST
900 S BROADWAY, STE 400
DENVER, CO 80209

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
11601 ROOSEVELT BLVD
MAIL DROP N781
PHILADELPHIA, PA 19255

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101

INTERNAL REVENUE SERVICE
INTERNAL REVENUE SERVICE
OGDEN, UT 84201

KERN COUNTY TREASURER & TAX
ATTN BANKRUTCY DIVISION
C/O LINDA DELGADO
P O  BOX 579
BAKERSFIELD, CA 93302-0579

MCGRANE LLP
ATTN GAVIN MCGRANE
4 EMBARCADERO CENTER, STE 1400
SAN FRANCISCO, CA 94111

MISSOURI DEPARTMENT OF REVENUE
SPECIAL ASSISTANT ATTORNEY GENERAL
ATTN SHERYL L. MOREAU
301 W. HIGH STREET, ROOM 670
P O BOX 475
JEFFERSON CITY, MO 65105-0475

OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
ATTN: TIIARA PATTON
884 KING STREET
SUITE 2207, LOCKBOX 35
WILMINGTON, DE 19801

OFFICE OF THE US ATTORNEY
ATTN  DAVID WEISS / ELLEN SLIGHTS
1007 N. ORANGE STREET, SUITE 700
P.O. BOX 2046
WILMINGTON, DE 19899

RICHARDS, LAYTON & FINGER, P.A.
ATTN PAUL N. HEATH
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

RICHARDS, LAYTON & FINGER, P.A.
ATTN ZACHARY I. SHAPIRO
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
P.O. BOX 898
DOVER, DE 19903

SECRETARY OF TREASURY
820 SILVER LAKE BOULEVARD
SUITE 100
DOVER, DE 19904

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION
ATTN: ANDREW CALAMARI, REGIONAL DIR.
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY ST., STE 400
NEW YORK, NY 10281

SHAW FISHMAN GLANTZ & TOWBIN LLC
ATTN ALLEN J GUON
321 N CLARK ST., STE 800
CHICAGO, IL 60654

SMITH KATZENSTEIN & JENKINS LLP
ATTN KATHLEEN M MILLER
800 DELAWARE AVE, STE 100
P O BOX 410
WILMINGTON, DE 19899

SPECIALTYCARE IOM SERVICES, LLC
ATTENTION: ERIC SCHONDORF
GENERAL COUNSEL
299 PARK AVENUE, 34TH FLOOR
NEW YORK, NY 10171

STEVENS & LEE, P.C.  
ATTN JOSEPH H HUSTON, JR  
1105 NORTH MARKET STREET  
SUITE 700  
WILMINTON, DE 19801

STEVENS & LEE, P.C.  
ATTN STACEY A SCRIVANI  
1105 NORTH MARKET STREET - 7TH FL.  
WILMINGTON, DE 19801

TN DEPT OF REVENUE  
C/O TN ATTORNEY GENERAL'S OFFICE  
BANKRUPTCY DIVISION  
PO BOX 20207  
NASHVILLE, TN 37202-0207

US DEPARTMENT OF JUSTICE  
ATTN TONY WEST, ASST. ATTORNEY GENERAL  
CIVIL DIVISION  
950 PENNSYLVANIA AVE, NW  
WASHINGTON, DC 20530

WEIL, GOTSHAL & MANGES LLP  
ATTN:  DEBRA DANDENEAU  
767 FIFTH AVENUE  
NEW YORK, NY 10153